MORRIS v. CITY OF SAULT STE. MARIE.

MUNICIPAL CORPORATIONS.

The judgment in this case is affirmed on the authority of *Ranson* v. *City of Sault Ste. Marie*, ante, 661, involving the same facts.

Error to Chippewa; Steere, J. Submitted January 11, 1906. (Docket No. 53.) Decided April 30, 1906.

Case by Aggie Morris against the city of Sault Ste. Marie for damages caused by the raising of the street grade in front of plaintiff's property. There was judgment for plaintiff, and defendant brings error. Affirmed.

*George B. Holden* (*Oren, Webster & Carleton*, of counsel), for appellant.

*Warner & Sullivan*, for appellee.

OSTRANDER, J. In this case the judgment is affirmed, upon the authority of *Ranson* v. *City of Sault Ste. Marie*, ante, 661, in which the same questions are presented.

McALVAY, GRANT, BLAIR, and MONTGOMERY, JJ., concurred.